IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-92-BLG-SPW-2 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| CARRIE M. RINESMITH, | |
| Defendant. | |

Before the Court is Defendant's Motion to Vacate Bond Detention Hearing. (Doc. 48.) The Court notes that Defendant failed to adhere to Local Criminal Rule 47.1, which states:

> (a) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion. Defendants who have not yet been arraigned by a judge of this court need not be contacted.
>
> (b) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required.

Accordingly, **IT IS ORDERED** that Defendant's Motion to Vacate Detention Hearing is **DENIED** with leave to renew.

DATED this 20th of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge