IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIE M. RINESMITH,<br><br>Defendant. | CR 19-92-BLG-SPW-TJC-2<br><br>**ORDER** |

Defendant has filed a Motion to Vacate Detention Hearing. (Doc. 51.) Counsel for Defendant indicates she has contacted opposing counsel and received no response.

Accordingly, IT IS ORDERED that the Detention Hearing currently set for **December 23, 2019, at 9:00 a.m.** is VACATED.

DATED this 20th of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge