FILED

MAR 18 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIE MARIE RINESMITH,<br><br>Defendant. | CR 19-92-BLG-SPW-2<br><br>ORDER |

An Administrative Order was filed by the Acting Chief Judge Morris on March 16, 2020, regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. *See* also The President's Coronavirus Guidelines for America, CDC, 2 (2020), (recommending canceling events involving ten or more people) https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf Therefore,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, March 25, 2020 at 10:30 a.m., is **VACATED** and reset to commence on **Wednesday, April 22, 2020 at 3:30 p.m.** in the James F. Battin U.S.

1

Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 18th day of March, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE